USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-5-26

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

FORTRESS INVESTMENT GROUP LLC,

        Movant,

v.

SCHNEIDER ELECTRIC SE; SCHNEIDER
ELECTRIC USA, INC.,

        Respondents.

Miscellaneous No. 1:26-mc-00156

Underlying Litigation:

*Data PowerWorks, LLC v. Schneider Electric SE and Schneider Electric USA, Inc.*, Case No. 2:25-cv-00300-JRG (E.D. Tex.)

## NOTICE OF WITHDRAWAL OF FORTRESS INVESTMENT GROUP LLC'S MOTION TO QUASH SCHNEIDER'S SUBPOENA

Movant Fortress Investment Group LLC ("Fortress") hereby notifies the Court that it withdraws the pending Motion to Quash Schneider's Subpoena. *See* ECF Nos. 1-5 ("Motion"). The grounds for this withdrawal are as follows:

1.    On April 17, 2026, Fortress, a non-party in the underlying litigation, moved this Court to quash the Subpoena (ECF No. 4-1) served by Schneider Electric SE and Schneider Electric USA, Inc. (collectively, "Schneider").

2.    On April 29, 2026, counsel for Schneider confirmed that Schneider has withdrawn the Subpoena.

3.    Because Schneider has withdrawn the Subpoena, Fortress's request to quash the Subpoena has been rendered moot.

4.    The parties have conferred and stipulate to this notice of withdrawal of the Motion.

WHEREFORE, Fortress respectfully requests that the Court deny the Motion without prejudice as moot and terminate this proceeding.

*Granted*

**SO ORDERED**

_____
**LEWIS A. KAPLAN, USDJ**
5/5/26

Dated: May 1, 2026

Respectfully submitted,

s/ *Jacob Z. Zambrzycki*
Jacob Z. Zambrzycki (#4786240)
Kathryn G. Cole (*pro hac vice* application
forthcoming)
J. Mark Wilson (*pro hac vice* application
forthcoming)
MOORE & VAN ALLEN PLLC
Bank of America Corporate Center
100 North Tryon Street, Suite 4700
Charlotte, North Carolina 28202
(704) 331-1000
(704) 331-1159 (facsimile)
E-mail: jacobzambrzycki@mvalaw.com
E-mail: katecole@mvalaw.com
E-mail: markwilson@mvalaw.com

*Attorneys for Movant Fortress
Investment Group LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2026, the foregoing document was electronically filed via

the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

s/ *Jacob Z. Zambrzycki*
Jacob Z. Zambrzycki